1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12

| | |
|---|---|
| **RICHARD A. HERNANDEZ, JR.,** | CV 12 3162 YGR (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |
| **v.** | |
| **N. BANTA, et al.,** | Judge:          The Honorable Yvonne Gonzalez Rogers |
| Defendants. | Action Filed:  June 16, 2012 |

19        Defendants R. Tupy, D. Marx, M. Cleary, M. E. Polk, R. Bell, J. McKinney, N. Banta, G.

20   A. Kelley, and F. Jacquez (Defendants) have requested a sixty-day extension of time, up to and

21   including May 3, 2013, to file their dispositive motion.  The Court has read and considered

22   Defendants' request and good cause appearing,

23   ///

24   ///

25   ///

26

27

28

1

1    IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and

2   including May 3, 2013, to file their dispositive motion, is GRANTED.  Plaintiff's opposition shall

3   be filed and served no later than forty five days after the date Defendants' motion is filed, on or

4   before June 17, 2013.  Defendants shall file a reply no later than fifteen days after Plaintiff's

5   opposition is filed, on or before July 2, 2013.

6   Dated:  March 13, 2013

_____

The Honorable Yvonne Gonzalez Rogers

United States District Court Judge

7

8

9   SF2013205379
    20674461.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28