1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                OAKLAND DIVISION

11

12

13   **RICHARD A. HERNANDEZ, JR.,**            CV 12 3162 YGR (PR)

14                              Plaintiff,    **ORDER GRANTING DEFENDANTS'**
                                              **MOTION TO CHANGE TIME TO FILE**
15          **v.**                            **DISPOSITIVE MOTION**

16   **N. BANTA, et al.,**                    Judge:          The Honorable Yvonne
                                                              Gonzalez Rogers
17                              Defendants.   Action Filed:   June 16, 2012

18

19          Defendants R. Tupy, D. Marx, M. Cleary, M. E. Polk, R. Bell, J. McKinney, N. Banta, G.

20   A. Kelley, and F. Jacquez (Defendants) have requested a sixty-day extension of time, up to and

21   including May 3, 2013, to file their dispositive motion.  The Court has read and considered

22   Defendants' request and good cause appearing,

23   ///

24   ///

25   ///

26

27

28

                                                  1

1      IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and

2  including May 3, 2013, to file their dispositive motion, is GRANTED.  Plaintiff's opposition shall

3  be filed and served no later than forty five days after the date Defendants' motion is filed, on or

4  before June 17, 2013.  Defendants shall file a reply no later than fifteen days after Plaintiff's

5  opposition is filed, on or before July 2, 2013.

6  Dated:  March 13, 2013

7                        The Honorable Yvonne Gonzalez Rogers

8                         United States District Court Judge

9  SF2013205379
    20674461.doc