IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD A. HERNANDEZ, JR.,

    Plaintiff,

vs.

N. BANTA, et al.,

    Defendants.

No. C 12-03162 YGR (PR)

**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO PROVIDE REQUIRED INFORMATION NECESSARY TO LOCATE DEFENDANTS COLEMAN, BRANDON, BURT, AND WILLIAMS**

Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. Thereafter, the Court issued its Order of Service.

Service has been ineffective on Defendants Coleman, K. Brandon, R. Burt, and G. Williams at Pelican Bay State Prison (PBSP). In Orders dated January 30, 2013 and February 19, 2013, Plaintiff was directed to provide the Court with the required information necessary to locate each of these Defendants. He was also informed that the failure to do so shall result in the dismissal of all claims against these Defendants.

Plaintiff has filed a request for an extension of time to provide the Court with the required information necessary to locate these Defendants. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may provide the Court with the required information necessary to locate these Defendants will be extended up to and including **April 22, 2013**. Failure to do so by the new deadline shall result in the dismissal of all claims against these Defendants.

This Order terminates Docket No. 14.

IT IS SO ORDERED.

DATED: March 26, 2013

                                                  **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**