**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. HERNANDEZ, JR., | No. C 12-3162 YGR (PR) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| N. BANTA, et al., | |
| Defendants. / | |

For the reasons set forth in this Court's Order Granting Defendants' Motion to Dismiss,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: October 30, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.12\Hernandez3162.jud.hhl.wpd